UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CRYSTAL BURNETT,

    Plaintiff,

v.

    Case Number  1:15-cv-00170-MW-GRJ

SBSFLD, LLC

    Defendant.
_____/

## Complaint

1. The Plaintiff, Crystal Burnett, sues Defendant, SBSFLD, LLC, pursuant to 29 U.S.C. § 216(b) for unpaid overtime.

2. The Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

3. Venue is appropriate because Plaintiff worked for Defendant in Alachua County, Florida.

4. Plaintiff was an hourly paid employee for Defendant.

5. Plaintiff worked for Defendant from on or about June 9, 2013 to on or about April 23, 2015.

6. Defendant paid Plaintiff $15.00 per hour.

7. Defendant paid Plaintiff $22.50 per hour for overtime.

8. Defendant did not pay Plaintiff for all her overtime hours worked.

9. Defendant is a Delaware company.

10. Defendant's mailing address is in Brooklyn, New York.

11. Defendant's principal address is in Miami Beach, Florida.

12. Defendant operates a nursing home in Gainesville, Florida.

13. In 2013 Defendant had annual gross revenues of over $500,000.

14. In 2014 Defendant had annual gross revenues of over $500,000.

15. Defendant accepts insurance payments.

16. Defendant accepts Medicaid payments.

17. Defendant accepts Medicare payments.

18. Defendant employs employees that are individually covered by the Fair Labor Standards Act.

19. Defendant employs employees that handle goods or materials that have moved in interstate commerce such as phones, computers, paper, hand sanitizer, soap, folders and pens.

20. Defendant is in the business of nursing home and rehabilitation services.

21. Defendant operates Parklands Rehabilitation and Nursing Center located at 1000 SW 16th Ave Gainesville, Florida 32601.

22. Defendant was Plaintiff's employer as defined by 29 U.S.C. § 203(d).

23. Plaintiff worked for Defendant as a staff coordinator and certified nurse.

24. Defendant did not pay Plaintiff for on-call time.

25. Plaintiff regularly answered phone calls, set schedules, utilized the computer and furthered the business interests of Defendant outside of Defendant's Gainesville facility.

26. Plaintiff was not paid for the work identified in paragraph 25.

27. Defendant knew that Plaintiff was not being paid for the work described in paragraph 25.

28. Plaintiff complained to Defendant.

29. Defendant did not correct its failure to pay Plaintiff for all her wages.

30. Defendant owes Plaintiff additional overtime.

Wherefore, Plaintiff demands judgment, unpaid overtime, liquidated damages, pre-judgment interest if liquidated damages are not awarded, attorneys' fees, costs and all other relief the Court deems appropriate.

Respectfully submitted this 13th August 2015,

Bernard R. Mazaheri
Florida Bar Number 643971
Christina Thomas
Florida Bar Number 74846
Morgan & Morgan
20 N Orange Ave Ste 1600
Orlando, FL 32801
Tel – (407)420-1414
Email – bmazaheri@forthepeople.com
          cthomas@forthepeople.com

3