# Detail Payroll Register
## Platinum HR Management LLC

Page 1
Feb 24, 2016  1:11 PM

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 190001010 - 290012319

Pay Group: SPARK - SBSFLD Parklands Rehab
Job Code: 71122 - Staffing Coordinator

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | PerControl | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |

Burnett, Crystal  1212280
Pay No: 1                                        Pay Date 6/19/2014    Period End Date 6/10/2014            Job Code 71122
REG         39.92   201406191   15.00   598.80   Z
                                    39.92                              598.80
Check Printed: 377170      Check Amount:  0.00                   Direct Deposit: 598.80
                                                                                                                          USFIT        130.73 10.00
                                                                                                                          USMEDEE      8.68
                                                                                                                          USSOCEE      37.13
                                                                                                                Net: 542.99    55.81

Burnett, Crystal  1212280
Pay No: 1                                        Pay Date 7/3/2014     Period End Date 6/24/2014            Job Code 71122
OT1         20.73   201407031   15.00   310.95   Z
OT2         20.73   201407031   15.00   155.48   Z
REG         80.00   201407031   15.00   1,200.00  Z
                                    121.46                             1,666.43
Check Printed: 384330      Check Amount:  0.00                   Direct Deposit: 1,666.43
                                                                                                                          USFIT        130.73
                                                                                                                          USMEDEE      24.17
                                                                                                                          USSOCEE      103.31
                                                                                                                Net: 1,408.22   258.21

Burnett, Crystal  1212280
Pay No: 1                                        Pay Date 7/17/2014    Period End Date 7/8/2014             Job Code 71122
OT1         16.35   201407171   15.00   245.25   Z
OT2         16.35   201407171   15.00   122.62   Z
REG         80.00   201407171   15.00   1,200.00  Z
                                    112.70                             1,567.87
Check Printed: 391981      Check Amount:  0.00                   Direct Deposit: 1,567.87
                                                                                                                          USFIT        115.95
                                                                                                                          USMEDEE      22.73
                                                                                                                          USSOCEE      97.21
                                                                                                                Net: 1,331.98   235.89

Burnett, Crystal  1212280
Pay No: 1                                        Pay Date 7/31/2014    Period End Date 7/22/2014            Job Code 71122
OT1         8.82    201407311   15.00   132.30   Z
OT2         8.82    201407311   15.00   66.15    Z
REG         80.00   201407311   15.00   1,200.00  Z
                                    97.64                              1,398.45
Check Printed: 398957      Check Amount:  0.00                   Direct Deposit: 1,398.45
                                                                                                                          USFIT        90.54
                                                                                                                          USMEDEE      20.28
                                                                                                                          USSOCEE      86.71
                                                                                                                Net: 1,200.92   197.53

Burnett, Crystal  1212280
Pay No: 1                                        Pay Date 8/14/2014    Period End Date 8/5/2014             Job Code 71122
OT1         12.45   201408141   15.00   186.75   Z
OT2         12.45   201408141   15.00   93.38    Z


EXHIBIT B

# Detail Payroll Register
## Platinum HR Management LLC

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 1900001010 - 290012319

Pay Group: SPARK - SBSFLD Parklands Rehab
Job Code: 71122 - Staffing Coordinator

| EMPLOYEE | | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201408141 | | Pay Date 8/14/2014 | | | Period End Date 8/5/2014 | | Job Code 71122 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | 80.00 | 15.00 | 1,200.00 | Z | | | | | |
| | | | 104.90 | | 1,480.13 | | | | | | |

Continued from previous page
Continued from previous page
Continued from Previous Page
USSOCEE   91.76
216.01

Check Printed: 406138     Check Amount:           Direct Deposit:  1,264.12      Net:  1,264.12

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201408281 | | Pay Date 8/28/2014 | | Period End Date 8/19/2014 | Job Code 71122 |
|---|---|---|---|---|---|---|---|---|---|
| | | OT1 | 6.70 | 15.00 | 100.50 | Z | | | |
| | | OT2 | 6.70 | 15.00 | 50.25 | Z | | | |
| | | REG | 80.00 | 15.00 | 1,200.00 | Z | | | |
| | | | 93.40 | | 1,350.75 | | | | |

USFIT     83.38
USMEDEE   19.59
USSOCEE   83.75
186.72

Check Printed: 413689     Check Amount:  0.00     Direct Deposit:  1,164.03      Net:  1,164.03

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201409111 | | Pay Date 9/11/2014 | | Period End Date 9/2/2014 | Job Code 71122 |
|---|---|---|---|---|---|---|---|---|---|
| | | OT1 | 18.00 | 15.00 | 270.00 | Z | | | |
| | | OT2 | 18.00 | 15.00 | 135.00 | Z | | | |
| | | REG | 80.00 | 15.00 | 1,200.00 | Z | | | |
| | | | 116.00 | | 1,605.00 | | | | |

USFIT    121.52
USMEDEE   23.27
USSOCEE   99.51
244.30

Check Printed: 420461     Check Amount:  0.00     Direct Deposit:  1,360.70      Net:  1,360.70

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201409251 | | Pay Date 9/25/2014 | | Period End Date 9/16/2014 | Job Code 71122 |
|---|---|---|---|---|---|---|---|---|---|
| | | OT1 | 7.05 | 15.00 | 105.75 | Z | | | |
| | | OT2 | 7.05 | 15.00 | 52.88 | Z | | | |
| | | REG | 80.00 | 15.00 | 1,200.00 | Z | | | |
| | | | 94.10 | | 1,358.63 | | | | |

USFIT     84.56
USMEDEE   19.70
USSOCEE   84.24
188.50

Check Printed: 427413     Check Amount:  0.00     Direct Deposit:  1,170.13      Net:  1,170.13

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201410091 | | Pay Date 10/9/2014 | | Period End Date 9/30/2014 | Job Code 71122 |
|---|---|---|---|---|---|---|---|---|---|
| | | OT1 | 12.68 | 15.00 | 190.20 | Z | | | |
| | | OT2 | 12.68 | 15.00 | 95.10 | Z | | | |
| | | REG | 80.00 | 15.00 | 1,200.00 | Z | | | |

USFIT    103.56
USMEDEE   21.53
USSOCEE   92.08

**Detail Payroll Register**  
**Platinum HR Management LLC**

Page 3  
Feb 24, 2016  1:11 PM

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280  
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)  
Pay Period Range: 190001010 - 290012319

Pay Group: SPARK - SBSFLD Parklands Rehab  
Job Code: 71122 - Staffing Coordinator

| EMPLOYEE Name | Number | EARNINGS Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Period End Date | DEDUCTIONS Code | Amount | TAXES Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201410091 | | | | | Pay Date 10/9/2014 | Job Code 71122 | | *Continued from Previous Page* | 217.17 |
| **Check Printed:** 435742 | | | | 105.36 | **Check Amount:** | 0.00 | | | **Direct Deposit:** 1,268.13 | | | **Net:** 1,268.13 | |
| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201410231 | | | | | Pay Date 10/23/2014 | Job Code 71122 | | | |
| | | OT1 | | 11.92 | 15.00 | 178.80 | Z | | 10/14/2014 | | | USFIT | 101.00 |
| | | OT2 | | 11.92 | 15.00 | 89.40 | Z | | | | | USMEDEE | 21.29 |
| | | REG | | 80.00 | 15.00 | 1,200.00 | Z | | | | | USSOCEE | 91.03 |
| | | | | 103.84 | | 1,468.20 | | | | | | | 213.32 |
| **Check Printed:** 442989 | | | | | **Check Amount:** | 0.00 | | | **Direct Deposit:** 1,254.88 | | | **Net:** 1,254.88 | |
| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201411061 | | | | | Pay Date 11/6/2014 | Job Code 71122 | | | |
| | | OT1 | | 1.57 | 15.00 | 23.55 | Z | | 10/28/2014 | | | USFIT | 79.68 |
| | | OT2 | | 1.57 | 15.00 | 11.78 | Z | | | | | USMEDEE | 19.23 |
| | | PTO | | 8.00 | 15.00 | 120.00 | Z | | | | | USSOCEE | 82.19 |
| | | REG | | 78.02 | 15.00 | 1,170.30 | Z | | | | | | |
| | | | | 89.16 | | 1,325.63 | | | | | | | 181.10 |
| **Check Printed:** 451484 | | | | | **Check Amount:** | 0.00 | | | **Direct Deposit:** 1,144.53 | | | **Net:** 1,144.53 | |
| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201411201 | | | | | Pay Date 11/20/2014 | Job Code 71122 | | | |
| | | OT1 | | 12.50 | 15.00 | 187.50 | Z | | 11/11/2014 | | | USFIT | 102.96 |
| | | OT2 | | 12.50 | 15.00 | 93.75 | Z | | | | | USMEDEE | 21.47 |
| | | REG | | 80.00 | 15.00 | 1,200.00 | Z | | | | | USSOCEE | 91.84 |
| | | | | 105.00 | | 1,481.25 | | | | | | | 216.27 |
| **Check Printed:** 458154 | | | | | **Check Amount:** | 0.00 | | | **Direct Deposit:** 1,264.98 | | | **Net:** 1,264.98 | |
| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201412041 | | | | | Pay Date 12/4/2014 | Job Code 71122 | | | |
| | | OT1 | | 15.32 | 15.00 | 229.80 | Z | | 11/25/2014 | | | USFIT | 112.47 |
| | | OT2 | | 15.32 | 15.00 | 114.90 | Z | | | | | USMEDEE | 22.40 |
| | | REG | | 80.00 | 15.00 | 1,200.00 | Z | | | | | USSOCEE | 95.77 |

**Detail Payroll Register**  
**Platinum HR Management LLC**

Page 4  
Feb 24, 2016   1:11 PM

Select Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280  
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)  
Pay Period Range: 1900001010 - 290012319

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |

**Pay Group: SPARK - SBSFLD Parklands Rehab**  
**Job Code: 71122 - Staffing Coordinator**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201412041 | | Pay Date 12/4/2014 | | Period End Date 11/25/2014 | Job Code 71122 | | *Continued from Previous Page* | |
| | | | | 110.64 | | 1,544.70 | | Direct Deposit: | 1,314.06 | | Net: | 1,314.06 |
| Check Printed: 466482 | | | | Check Amount: | | 0.00 | | | | | | 230.64 |

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201412181 | | Pay Date 12/18/2014 | | Period End Date 12/9/2014 | Job Code 71122 | | | |
| | | OT1 | | 4.13 | 15.00 | 61.95 | Z | | | | USFIT | 131.23 |
| | | OT1 | | 14.08 | 15.00 | 211.20 | Z | | | | USMEDEE | 24.21 |
| | | OT2 | | 4.13 | 15.00 | 30.98 | Z | | | | USSOCEE | 103.52 |
| | | OT2 | | 14.08 | 15.00 | 105.60 | Z | | | | | |
| | | PTO | | 4.00 | 15.00 | 60.00 | Z | | | | | |
| | | REG | | 10.07 | 15.00 | 151.05 | Z | | | | | |
| | | REG | | 69.93 | 15.00 | 1,048.95 | Z | | | | | |
| | | | | 120.42 | | 1,669.73 | | Direct Deposit: | 1,410.77 | | Net: | 1,410.77 |
| Check Printed: 473661 | | | | Check Amount: | | 0.00 | | | | | | 258.96 |

| Burnett, Crystal | 1212280 | Pay No: 2 | | PerControl 201412181 | | Pay Date 12/18/2014 | | Period End Date 12/9/2014 | Job Code 71122 | | | |
| | | BONUS | | | | 150.00 | Z | | | | USFIT | 10.00 |
| | | | | | | | | | | | USMEDEE | 2.18 |
| | | | | | | | | | | | USSOCEE | 9.30 |
| | | | | | | 150.00 | | Direct Deposit: | 128.52 | | Net: | 128.52 |
| Check Printed: 473662 | | | | Check Amount: | | 0.00 | | | | | | 21.48 |

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201412311 | | Pay Date 12/31/2014 | | Period End Date 12/23/2014 | Job Code 71122 | | | |
| | | OT1 | | 14.08 | 15.00 | 211.20 | Z | | | | USFIT | 108.29 |
| | | OT2 | | 14.08 | 15.00 | 105.60 | Z | | | | USMEDEE | 21.99 |
| | | REG | | 14.00 | 15.00 | 210.00 | Z | | | | USSOCEE | 94.05 |
| | | REG | | 66.00 | 15.00 | 990.00 | Z | | | | | |
| | | | | 108.16 | | 1,516.80 | | Direct Deposit: | 1,292.47 | | Net: | 1,292.47 |
| Check Printed: 481581 | | | | Check Amount: | | 0.00 | | | | | | 224.33 |

| Burnett, Crystal | 1212280 | Pay No: 1 | | PerControl 201501151 | | Pay Date 1/15/2015 | | Period End Date 1/6/2015 | Job Code 71122 | | | |

# Detail Payroll Register
## Platinum HR Management LLC

Feb 24, 2016   1:11 PM   Page 5

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 190001010 - 290012319

**Pay Group: SPARK - SBSFLD Parklands Rehab**
**Job Code: 71122 - Staffing Coordinator**

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |
| Burnett, Crystal | 1212280 | | | | Pay Date | Continued from previous page | | | Job Code | | Continued from Previous Page | |
| | | Pay No: 1 | | PerControl 201501151 | 1/15/2015 | Continued from previous page | | | 71122 | | | |
| | | OT1 | | 4.50 | 15.00 | 67.50 | Z | | | | USFIT | 108.92 |
| | | OT1 | | 5.98 | 15.00 | 89.70 | Z | | | | USMEDEE | 22.25 |
| | | OT2 | | 4.50 | 15.00 | 33.75 | Z | | | | USSOCEE | 95.14 |
| | | OT2 | | 5.98 | 15.00 | 44.85 | Z | | | | | |
| | | PTO | | 16.00 | 15.00 | 240.00 | Z | | | | | |
| | | REG | | 18.75 | 15.00 | 281.25 | Z | | | | | |
| | | REG | | 51.83 | 15.00 | 777.45 | Z | | | | | |
| | | | | 107.54 | | 1,534.50 | | | | | | 226.31 |
| Check Printed: 489395 | | | | Check Amount: | | | | 0.00 | Direct Deposit: | 1,308.19 | Net: | 1,308.19 |
| Burnett, Crystal | 1212280 | | | | Pay Date | | | | Job Code | | | |
| | | Pay No: 1 | | PerControl 201501291 | 1/29/2015 | | | | 71122 | | | |
| | | OT1 | | 11.60 | 15.00 | 174.00 | Z | | | | USFIT | 115.90 |
| | | OT2 | | 11.60 | 15.00 | 87.00 | Z | | | | USMEDEE | 22.92 |
| | | PTO | | 8.00 | 15.00 | 120.00 | Z | | | | USSOCEE | 98.02 |
| | | REG | | 27.18 | 15.00 | 407.70 | Z | | | | | |
| | | REG | | 52.82 | 15.00 | 792.30 | Z | | | | | |
| | | | | 111.20 | | 1,581.00 | | | | | | 236.84 |
| Check Printed: 496840 | | | | Check Amount: | | | | 0.00 | Direct Deposit: | 1,344.16 | Net: | 1,344.16 |
| Burnett, Crystal | 1212280 | | | | Pay Date | Period End Date 2/3/2015 | | | Job Code | | | |
| | | Pay No: 1 | | PerControl 201502121 | 2/12/2015 | | | | 71122 | | | |
| | | OT1 | | 15.47 | 15.00 | 232.05 | Z | | AFLPO | 20.68 | USFIT | 107.73 |
| | | OT2 | | 15.47 | 15.00 | 116.02 | Z | | AFLPR | 21.54 | USMEDEE | 22.14 |
| | | REG | | 11.25 | 15.00 | 168.75 | Z | | | | USSOCEE | 94.65 |
| | | REG | | 68.75 | 15.00 | 1,031.25 | Z | | | | | |
| | | | | 110.94 | | 1,548.07 | | | | 42.22 | | 224.52 |
| Check Printed: 504800 | | | | Check Amount: | | | | 0.00 | Direct Deposit: | 1,281.33 | Net: | 1,281.33 |
| Burnett, Crystal | 1212280 | | | | Pay Date | Period End Date 2/17/2015 | | | Job Code | | | |
| | | Pay No: 1 | | PerControl 201502261 | 2/26/2015 | | | | 71122 | | | |
| | | OT1 | | 0.22 | 15.00 | 3.30 | Z | | AFLPO | 20.68 | USFIT | 121.13 |
| | | OT1 | | 19.22 | 15.00 | 288.30 | Z | | AFLPR | 21.54 | USMEDEE | 23.43 |
| | | OT2 | | 0.22 | 15.00 | 1.65 | Z | | | | USSOCEE | 100.18 |

**Detail Payroll Register**
**Platinum HR Management LLC**

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 1900001010 - 290012319

| EMPLOYEE | | EARNINGS | | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | | Code | Amount | Code | Amount |

Pay Group: SPARK - SBSFLD Parklands Rehab
Job Code: 71122 - Staffing Coordinator

Burnett, Crystal  1212280  Pay No: 1  PerControl 201502261  Pay Date 2/26/2015  Continued from previous page  Continued from previous page  Period End Date 2/17/2015  Job Code 71122  Continued from Previous Page

| | | OT2 | | 19.22 | 15.00 | 144.15 | Z | | | | | | |
| | | REG | | 39.10 | 15.00 | 586.50 | Z | | | | | | |
| | | REG | | 40.90 | 15.00 | 613.50 | Z | | | | | | |
| | | | | **118.88** | | **1,637.40** | | | | | **42.22** | | **244.74** |
| Check Printed: 511873 | | | | Check Amount: | | 0.00 | | Direct Deposit: | 1,350.44 | | | Net: | 1,350.44 |

Burnett, Crystal  1212280  Pay No: 1  PerControl 201503121  Pay Date 3/12/2015  Period End Date 3/3/2015  Job Code 71122

| | | OT1 | | 3.25 | 12.00 | 39.00 | Z | | AFLPO | 20.68 | USFIT | 57.75 |
| | | OT2 | | 3.25 | 12.3121 | 20.01 | Z | | AFLPR | 21.54 | USMEDEE | 16.18 |
| | | PTO | | 16.00 | 12.00 | 192.00 | Z | | | | USSOCEE | 69.19 |
| | | REG | | 7.82 | 15.00 | 117.30 | Z | | | | | |
| | | REG | | 64.10 | 12.00 | 769.20 | Z | | | | | |
| | | | | **94.42** | | **1,137.51** | | | | | **42.22** | | **143.12** |
| Check Printed: 519798 | | | | Check Amount: | | 0.00 | | Direct Deposit: | 952.17 | | | Net: | 952.17 |

Burnett, Crystal  1212280  Pay No: 1  PerControl 201503261  Pay Date 3/26/2015  Period End Date 3/17/2015  Job Code 71122

| | | PTO | | 27.00 | 15.00 | 405.00 | Z | | AFLPO | 20.68 | USFIT | 33.38 |
| | | REG | | 8.23 | 12.00 | 98.76 | Z | | AFLPR | 21.54 | USMEDEE | 12.65 |
| | | REG | | 32.50 | 12.00 | 390.00 | Z | | | | USSOCEE | 54.08 |
| | | | | **67.73** | | **893.76** | | | | | **42.22** | | **100.11** |
| Check Printed: 526304 | | | | Check Amount: | | 0.00 | | Direct Deposit: | 751.43 | | | Net: | 751.43 |

Burnett, Crystal  1212280  Pay No: 1  PerControl 201504091  Pay Date 4/9/2015  Period End Date 3/31/2015  Job Code 71122

| | | OT1 | | 4.83 | 15.00 | 72.45 | Z | | AFLPO | 20.68 | USFIT | 41.59 |
| | | OT2 | | 4.83 | 15.00 | 36.22 | Z | | AFLPR | 21.54 | USMEDEE | 13.84 |
| | | REG | | 57.80 | 15.00 | 867.00 | Z | | HUDEN | 27.25 | USSOCEE | 59.17 |
| | | REGAH | | 2.45 | 15.00 | 36.75 | Z | | HUVIS | 9.26 | | |
| | | | | **69.91** | | **1,012.42** | | | | | **78.73** | | **114.60** |
| Check Printed: 533717 | | | | Check Amount: | | 0.00 | | Direct Deposit: | 819.09 | | | Net: | 819.09 |

**Detail Payroll Register**     Page 7
**Platinum HR Management LLC**     Feb 24, 2016  1:11 PM

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 190001010 - 290012319

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |

**Pay Group: SPARK - SBSFLD Parklands Rehab**
**Job Code: 71122 - Staffing Coordinator**

Burnett, Crystal    1212280

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pay No: 1 | | PerControl 201504231 | | Pay Date 4/23/2015 | | Continued from previous page<br>Continued from previous page<br>Period End Date 4/14/2015 | Job Code 71122 | | | |
| | | OT1 | | 10.98 | 15.00 | 164.70 | Z | | AFLPO | 20.68 | USFIT | 100.78 |
| | | OT2 | | 10.98 | 15.00 | 82.35 | Z | | AFLPR | 21.54 | USMEDEE | 21.46 |
| | | REG | | 80.00 | 15.00 | 1,200.00 | Z | | HUDEN | 27.25 | USSOCEE | 91.77 |
| | | REGAH | | 6.08 | | 91.20 | Z | | HUVIS | 9.26 | | |
| | | | | 108.04 | | 1,538.25 | | | | 78.73 | | 214.01 |

Check Printed: 541562     Check Amount: 0.00     Direct Deposit: 1,245.51     Net: 1,245.51

Burnett, Crystal    1212280

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pay No: 1 | | PerControl 201505071 | | Pay Date 5/7/2015 | | Period End Date 4/28/2015 | Job Code 71122 | | | |
| | | REG | | 53.87 | 15.00 | 808.05 | Z | | AFLPO | 20.68 | USFIT | 69.48 |
| | | REGAH | | 32.22 | 15.00 | 483.30 | Z | | AFLPR | 21.54 | USMEDEE | 17.88 |
| | | | | | | | | | HUDEN | 27.25 | USSOCEE | 76.46 |
| | | | | 86.09 | | 1,291.35 | | | HUVIS | 9.26 | | |
| | | | | | | | | | | 78.73 | | 163.82 |

Check Printed: 549246     Check Amount: 0.00     Direct Deposit: 1,048.80     Net: 1,048.80

Burnett, Crystal    1212280

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pay No: 1 | | PerControl 201505211 | | Pay Date 5/21/2015 | | Period End Date 5/12/2015 | Job Code 71122 | | | |
| | | REGAH | | 80.00 | 15.00 | 1,200.00 | Z | | AFLPO | 20.68 | USFIT | 60.35 |
| | | | | | | | | | AFLPR | 21.54 | USMEDEE | 16.56 |
| | | | | | | | | | HUDEN | 27.25 | USSOCEE | 70.81 |
| | | | | 80.00 | | 1,200.00 | | | HUVIS | 9.26 | | |
| | | | | | | | | | | 78.73 | | 147.72 |

Check Printed: 557876     Check Amount: 0.00     Direct Deposit: 973.55     Net: 973.55

Burnett, Crystal    1212280

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pay No: 1 | | PerControl 201506041 | | Pay Date 6/4/2015 | | Period End Date 5/26/2015 | Job Code 71122 | | | |
| | | PTOC | | 18.79 | 15.00 | 211.41 | Z | | | | USFIT | 10.00 |
| | | | | | | | | | | | USMEDEE | 3.07 |
| | | | | 18.79 | | 211.41 | | | | | USSOCEE | 13.10 |
| | | | | | | | | | | | | 26.17 |

Check Printed: 565697     Check Amount: 0.00     Direct Deposit: 185.24     Net: 185.24

# Detail Payroll Register
## Platinum HR Management LLC

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 190001010 - 290012319

| EMPLOYEE | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |

**Pay Group: SPARK - SBSFLD Parklands Rehab**
**Job Code: 71122 - Staffing Coordinator**

*Continued from previous page*
*Continued from previous page*

Group Summary for: Job Code: 71122 - Staffing Coordinator

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BONUS | | | 150.00 Z | AFLPO | 165.44 | USFIT | 2,315.67 |
| OT1 | 252.43 | | 3,776.70 Z | AFLPR | 172.32 | USMEDEE | 506.56 |
| OT2 | 252.43 | | 1,888.87 Z | HUDEN | 109.00 | USSOCEE | 2,165.97 |
| PTO | 79.00 | | 1,137.00 Z | HUVIS | 37.04 | | |
| PTOC | 18.79 | | 211.41 Z | | | | |
| REG | 1,772.84 | | 26,278.11 Z | | | | |
| REGAH | 120.75 | | 1,811.25 Z | | | | |

|  | | | | | |
|---|---|---|---|---|---|
| | 2,496.24 | | 35,253.34 | | 483.80 | | 4,988.20 |
| | Total Check Amts | | Total DDAs: 0.00 | 29,781.34 | Total Net: 29,781.34 | |

**Group Totals:   Number of Pays   27**

Group Summary for: Pay Group: SPARK - SBSFLD Parklands Rehab

| BONUS | | | 150.00 Z | AFLPO | 165.44 | USFIT | 2,315.67 |
|---|---|---|---|---|---|---|---|
| OT1 | 252.43 | | 3,776.70 Z | AFLPR | 172.32 | USMEDEE | 506.56 |
| OT2 | 252.43 | | 1,888.87 Z | HUDEN | 109.00 | USSOCEE | 2,165.97 |
| PTO | 79.00 | | 1,137.00 Z | HUVIS | 37.04 | | |
| PTOC | 18.79 | | 211.41 Z | | | | |
| REG | 1,772.84 | | 26,278.11 Z | | | | |
| REGAH | 120.75 | | 1,811.25 Z | | | | |

| | 2,496.24 | | 35,253.34 | | 483.80 | | 4,988.20 |
|---|---|---|---|---|---|---|---|
| | Total Check Amts | | Total DDAs: 0.00 | 29,781.34 | Total Net: 29,781.34 | |

**Group Totals:   Number of Pays   27**

**Detail Payroll Register**  
**Platinum HR Management LLC**

Page 9
Feb 24, 2016   1:11 PM

Select: Company is "SBFL - SBSFLD, LLC" and Employee(s) is 1212280
Sort Order: Pay Group(Asc), Job Code(Asc), Name (Last, First MI)(Asc), Period Control(Asc)
Pay Period Range: 1900010010 - 290012319

| EMPLOYEE | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Position | Hours | Payrate | Current Amt | Shift | Shift Amt | Code | Amount | Code | Amount |

**Report Totals:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BONUS | | | | 150.00 | Z | | AFLPO | 165.44 | USFIT | 2,315.67 |
| | | OT1 | | 252.43 | | 3,776.70 | Z | | AFLPR | 172.32 | USMEDEE | 506.56 |
| | | OT2 | | 252.43 | | 1,888.87 | Z | | HUDEN | 109.00 | USSOCEE | 2,165.97 |
| | | PTO | | 79.00 | | 1,137.00 | Z | | HUVIS | 37.04 | | |
| | | PTOC | | 18.79 | | 211.41 | Z | | | | | |
| | | REG | | 1,772.84 | | 26,278.11 | Z | | | | | |
| | | REGAH | | 120.75 | | 1,811.25 | Z | | | | | |
| | | | | **2,496.24** | | **35,253.34** | | | | **483.80** | | **4,988.20** |
| | | Total Check Amts | | | | | | 0.00 | Total DDAs: | 29,781.34 | Total Net: | 29,781.34 |

**Report Totals:** Number of Pays  27

Based on your security profile, this report only includes the records to which you have been granted access.

# Parklands Rehab and Nursing

Punch Detail Report  (Paid Hours)                                         2014-06-04 - 2016-03-31

| Nursing Admin   department |

- **Staffing Coordinator**

Burnett, Crystal (310006445)    Staffing Coordinator

| | IN | OUT | IN | OUT | IN | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| Thu 06/05 | 10:00 AM | 5:00 PM | | | | | 6.50 | 6.50 |
| Fri 06/06 | 8:00 AM | 5:00 PM | | | | | 8.50 | 15.00 |
| Sun 06/08 | 11:00 AM | 6:45 PM | | | | | 7.25 | 22.25 |
| Mon 06/09 | 7:00 AM | 4:27 PM | | | | | 8.95 | 31.20 |
| Tue 06/10 | 7:11 AM | 4:24 PM | | | | | 8.72 | 39.92 |
| Wed 06/11 | 7:27 AM | 5:00 PM | | | | | 9.05 | 48.97 |
| Thu 06/12 | 6:53 AM | 5:23 PM | | | | | 10.00 | 58.97 |
| Fri 06/13 | 7:06 AM | 1:37 PM | 2:02 PM | 4:29 PM | | | 8.88 | 67.85 |
| Mon 06/16 | 7:00 AM | 5:04 PM | | | | | 9.57 | 77.42 |
| Tue 06/17 | 7:08 AM | 5:30 PM | | | | | 9.87 | 87.28 |
| Wed 06/18 | 7:03 AM | 6:02 PM | | | | | 10.48 | 97.77 |
| Thu 06/19 | 1:15 AM | 12:21 PM | | | | | 10.60 | 108.37 |
| Fri 06/20 | 7:10 AM | 5:33 PM | | | | | 9.88 | 118.25 |
| Mon 06/23 | 6:46 AM | 7:08 PM | | | | | 11.87 | 130.12 |
| Tue 06/24 | 7:59 AM | 7:01 PM | | | | | 10.53 | 140.65 |
| Wed 06/25 | 6:39 AM | 6:16 PM | | | | | 11.12 | 151.77 |
| Thu 06/26 | 7:16 AM | 6:35 PM | | | | | 10.82 | 162.58 |
| Fri 06/27 | 6:57 AM | 3:58 PM | | | | | 8.52 | 171.10 |
| Mon 06/30 | 6:32 AM | 4:20 PM | | | | | 9.30 | 180.40 |
| Tue 07/01 | 6:32 AM | 4:18 PM | | | | | 9.27 | 189.67 |
| Wed 07/02 | 7:22 AM | 5:23 PM | | | | | 9.52 | 199.18 |
| Thu 07/03 | 7:00 AM | 5:46 PM | | | | | 10.27 | 209.45 |
| Fri 07/04 | 7:11 AM | 4:32 PM | | | | | 8.85 | 218.30 |
| Mon 07/07 | 7:23 AM | 5:29 PM | | | | | 9.60 | 227.90 |
| Tue 07/08 | 7:07 AM | 4:43 PM | | | | | 9.10 | 237.00 |
| Wed 07/09 | 7:03 AM | 4:30 PM | | | | | 8.95 | 245.95 |
| Thu 07/10 | 7:23 AM | 12:13 PM | 1:02 PM | 4:15 PM | | | 8.05 | 254.00 |
| Fri 07/11 | 7:03 AM | 4:56 PM | | | | | 9.38 | 263.38 |
| Mon 07/14 | 7:00 AM | 6:20 PM | | | | | 10.83 | 274.22 |
| Tue 07/15 | 7:06 AM | 3:29 PM | | | | | 7.88 | 282.10 |
| Wed 07/16 | 7:23 AM | 4:49 PM | | | | | 8.93 | 291.03 |
| Thu 07/17 | 7:27 AM | 3:03 PM | | | | | 7.10 | 298.13 |
| Fri 07/18 | 7:30 AM | 6:10 PM | | | | | 10.17 | 308.30 |
| Mon 07/21 | 7:24 AM | 4:01 PM | | | | | 8.12 | 316.42 |
| Tue 07/22 | 7:20 AM | 5:14 PM | | | | | 9.40 | 325.82 |
| Wed 07/23 | 7:29 AM | 5:13 PM | | | | | 9.23 | 335.05 |
| Thu 07/24 | 7:30 AM | 5:49 PM | | | | | 9.82 | 344.87 |
| Fri 07/25 | 7:20 AM | 6:16 PM | | | | | 10.43 | 355.30 |
| Mon 07/28 | 7:23 AM | 5:27 PM | | | | | 9.57 | 364.87 |
| Tue 07/29 | 7:12 AM | 5:11 PM | | | | | 9.48 | 374.35 |
| Wed 07/30 | 7:34 AM | 5:24 PM | | | | | 9.33 | 383.68 |
| Thu 07/31 | 7:36 AM | 12:28 PM | 1:21 PM | 4:56 PM | | | 8.45 | 392.13 |
| Fri 08/01 | 7:33 AM | 3:51 PM | | | | | 7.80 | 399.93 |
| Mon 08/04 | 7:14 AM | 4:56 PM | | | | | 9.20 | 409.13 |
| Tue 08/05 | 7:34 AM | 11:57 AM | 12:17 PM | 5:12 PM | | | 9.13 | 418.27 |
| Wed 08/06 | 7:29 AM | 5:07 PM | | | | | 9.13 | 427.40 |
| Thu 08/07 | 7:20 AM | 4:49 PM | | | | | 8.98 | 436.38 |
| Fri 08/08 | 8:04 AM | 2:17 PM | | | | | 5.72 | 442.10 |
| Mon 08/11 | 8:33 AM | 5:54 PM | | | | | 8.85 | 450.95 |
| Tue 08/12 | 7:29 AM | 4:47 PM | | | | | 8.80 | 459.75 |
| Wed 08/13 | 7:14 AM | 4:34 PM | | | | | 8.83 | 468.58 |
| Thu 08/14 | 7:21 AM | 10:49 AM | 11:26 AM | 5:20 PM | | | 9.37 | 477.95 |
| Fri 08/15 | 7:24 AM | 11:30 AM | 12:09 PM | 4:20 PM | | | 8.28 | 486.23 |
| Mon 08/18 | 7:28 AM | 5:24 PM | | | | | 9.43 | 495.67 |
| Tue 08/19 | 7:43 AM | 2:30 PM | 3:13 PM | 5:44 PM | | | 9.30 | 504.97 |

Printed:  4:19 pm

# Parklands Rehab and Nursing

Punch Detail Report (Paid Hours)                                2014-06-04 - 2016-03-31

Nursing Admin department

■ **Staffing Coordinator**
Burnett, Crystal (310006445)    Staffing Coordinator

| Day | IN | OUT | IN | OUT | IN | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| Wed 08/20 | 7:15 AM | 11:15 AM | 11:44 AM | 5:53 PM | | | 10.13 | 515.10 |
| Thu 08/21 | 7:27 AM | 5:22 PM | | | | | 9.42 | 524.52 |
| Fri 08/22 | 7:15 AM | 1:14 PM | 1:39 PM | 6:34 PM | | | 10.82 | 535.33 |
| Mon 08/25 | 7:14 AM | 5:47 PM | | | | | 10.05 | 545.38 |
| Tue 08/26 | 7:35 AM | 12:09 PM | 12:31 PM | 6:46 PM | | | 10.68 | 556.07 |
| Wed 08/27 | 7:25 AM | 5:52 PM | | | | | 9.95 | 566.02 |
| Thu 08/28 | 8:24 AM | 6:14 PM | | | | | 9.33 | 575.35 |
| Fri 08/29 | 7:29 AM | 11:53 AM | 12:13 PM | 6:36 PM | | | 10.62 | 585.97 |
| Mon 09/01 | 7:34 AM | 4:15 PM | | | | | 8.18 | 594.15 |
| Tue 09/02 | 8:37 AM | 12:37 PM | 1:07 PM | 5:56 PM | | | 8.82 | 602.97 |
| Wed 09/03 | 7:20 AM | 5:44 PM | | | | | 9.90 | 612.87 |
| Thu 09/04 | 8:13 AM | 1:13 PM | 1:39 PM | 6:50 PM | | | 10.12 | 622.98 |
| Fri 09/05 | 6:40 AM | 12:42 PM | 1:03 PM | 4:27 PM | | | 9.28 | 632.27 |
| Mon 09/08 | 7:31 AM | 5:06 PM | | | | | 9.08 | 641.35 |
| Tue 09/09 | 7:33 AM | 12:00 PM | 12:37 PM | 4:36 PM | | | 8.43 | 649.78 |
| Wed 09/10 | 7:41 AM | 12:39 PM | 1:13 PM | 7:52 PM | | | 11.62 | 661.40 |
| Thu 09/11 | 7:59 AM | 11:52 AM | 12:25 PM | 8:11 PM | | | 11.65 | 673.05 |
| Mon 09/15 | 7:30 AM | 4:47 PM | | | | | 8.78 | 681.83 |
| Tue 09/16 | 7:33 AM | 4:14 PM | | | | | 8.18 | 690.02 |
| Wed 09/17 | 7:42 AM | 12:24 PM | 12:49 PM | 5:29 PM | | | 9.28 | 699.30 |
| Thu 09/18 | 7:34 AM | 12:31 PM | 1:05 PM | 5:58 PM | | | 9.83 | 709.13 |
| Fri 09/19 | 7:15 AM | 12:04 PM | 12:49 PM | 5:52 PM | | | 9.87 | 719.00 |
| Mon 09/22 | 8:19 AM | 7:18 PM | | | | | 10.48 | 729.48 |
| Tue 09/23 | 7:38 AM | 5:36 PM | | | | | 9.47 | 738.95 |
| Wed 09/24 | 7:18 AM | 5:35 PM | | | | | 9.78 | 748.73 |
| Thu 09/25 | 7:28 AM | 12:27 PM | 12:30 PM | 5:20 PM | | | 9.37 | 758.10 |
| Fri 09/26 | 7:27 AM | 2:04 PM | 4:55 PM | 5:36 PM | | | 6.80 | 764.90 |
| Mon 09/29 | 7:43 AM | 4:57 PM | | | | | 8.73 | 773.63 |
| Tue 09/30 | 7:28 AM | 12:41 PM | 1:10 PM | 5:02 PM | | | 9.07 | 782.70 |
| Wed 10/01 | 7:47 AM | 12:50 PM | 1:15 PM | 5:53 PM | | | 9.60 | 792.30 |
| Thu 10/02 | 7:31 AM | 12:08 PM | 12:44 PM | 7:44 PM | | | 11.62 | 803.92 |
| Fri 10/03 | 7:32 AM | 11:27 AM | 11:50 AM | 5:19 PM | | | 9.28 | 813.20 |
| Mon 10/06 | 7:26 AM | 4:51 PM | | | | | 8.92 | 822.12 |
| Tue 10/07 | 7:35 AM | 1:42 PM | 2:00 PM | 4:37 PM | | | 8.53 | 830.65 |
| Wed 10/08 | 7:26 AM | 12:05 PM | 12:44 PM | 5:13 PM | | | 9.13 | 839.78 |
| Thu 10/09 | 7:30 AM | 12:24 PM | 1:02 PM | 5:10 PM | | | 9.03 | 848.82 |
| Fri 10/10 | 7:22 AM | 1:02 PM | 1:27 PM | 4:42 PM | | | 8.83 | 857.65 |
| Mon 10/13 | 8:02 AM | 4:42 PM | | | | | 8.17 | 865.82 |
| Tue 10/14 | 7:19 AM | 12:38 PM | 1:26 PM | 4:55 PM | | | 8.80 | 874.62 |
| Wed 10/15 | 7:31 AM | 12:42 PM | 1:15 PM | 5:49 PM | | | 9.75 | 884.37 |
| Thu 10/16 | 7:28 AM | 5:30 PM | | | | | 9.53 | 893.90 |
| Fri 10/17 | 7:34 AM | 4:03 PM | | | | | 7.98 | 901.88 |
| Mon 10/20 | 9:45 AM | 1:17 PM | | | | | 3.53 | 905.42 |
| Tue 10/21 | 7:21 AM | 1:45 PM | 2:04 PM | 6:37 PM | | | 10.77 | 916.18 |
| Wed 10/22 | 7:26 AM | 5:27 PM | | | | | 9.52 | 925.70 |
| Thu 10/23 | 11:14 AM | 6:21 PM | | | | | 6.62 | 932.32 |
| Fri 10/24 | 7:26 AM | 12:48 PM | 1:19 PM | 7:30 PM | | | 11.55 | 943.87 |
| Mon 10/27 | 12:00 AM | PT | | | | | 8.00 | 951.87 |
| Tue 10/28 | 7:36 AM | 12:34 PM | 1:00 PM | 6:26 PM | | | 10.33 | 962.20 |
| Wed 10/29 | 7:31 AM | 5:45 PM | | | | | 9.73 | 971.93 |
| Thu 10/30 | 7:24 AM | 4:52 PM | | | | | 8.97 | 980.90 |
| Fri 10/31 | 7:27 AM | 4:46 PM | | | | | 8.82 | 989.72 |
| Mon 11/03 | 7:14 AM | 1:46 PM | 2:15 PM | 6:05 PM | | | 10.35 | 1,000.07 |
| Tue 11/04 | 7:20 AM | 11:54 AM | 12:39 PM | 5:58 PM | | | 9.88 | 1,009.95 |
| Wed 11/05 | 7:34 AM | 4:22 PM | | | | | 8.30 | 1,018.25 |

Printed: 4:19 pm                                                Page 3 of 6

# Parklands Rehab and Nursing

**Punch Detail Report  (Paid Hours)**                                                                                          2014-06-04 - 2016-03-31

**Nursing Admin   department**

- **Staffing Coordinator**

Burnett, Crystal (310006445)        Staffing Coordinator

| | IN | OUT | IN | OUT | IN | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| Thu 11/06 | 7:52 AM | 2:01 PM | 2:19 PM | 4:43 PM | | | 8.35 | 1,026.60 |
| Fri 11/07 | 7:28 AM | 6:21 PM | | | | | 10.38 | 1,036.98 |
| Mon 11/10 | 7:32 AM | 4:58 PM | | | | | 8.93 | 1,045.92 |
| Tue 11/11 | 7:28 AM | 11:15 AM | 11:58 AM | 4:58 PM | | | 8.78 | 1,054.70 |
| Wed 11/12 | 7:51 AM | 12:08 PM | 12:23 PM | 5:38 PM | | | 9.28 | 1,063.98 |
| Thu 11/13 | 7:34 AM | 12:41 PM | 1:12 PM | 6:05 PM | | | 10.00 | 1,073.98 |
| Fri 11/14 | 7:28 AM | 12:00 PM | 12:30 PM | 5:56 PM | | | 9.97 | 1,083.95 |
| Mon 11/17 | 7:23 AM | 4:55 PM | | | | | 9.03 | 1,092.98 |
| Tue 11/18 | 7:21 AM | 6:11 PM | | | | | 10.33 | 1,103.32 |
| Wed 11/19 | 7:49 AM | 6:13 PM | | | | | 9.90 | 1,113.22 |
| Thu 11/20 | 8:28 AM | 3:22 PM | | | | | 6.40 | 1,119.62 |
| Fri 11/21 | 7:39 AM | 7:05 PM | | | | | 10.93 | 1,130.55 |
| Mon 11/24 | 7:43 AM | 5:52 PM | | | | | 9.65 | 1,140.20 |
| Tue 11/25 | 7:55 AM | 6:14 PM | | | | | 9.82 | 1,150.02 |
| Wed 11/26 | 7:40 AM | 11:51 AM | 12:15 PM | 4:43 PM | | | 8.55 | 1,158.57 |
| Thu 11/27 | 8:41 AM | | 8:41 AM PT | 12:23 PM | | | 7.70 | 1,166.27 |
| Fri 11/28 | 7:37 AM | 11:41 AM | 12:12 PM | 6:34 PM | | | 10.43 | 1,176.70 |
| Mon 12/01 | 7:28 AM | 6:04 PM | | | | | 10.10 | 1,186.80 |
| Tue 12/02 | 7:45 AM | 6:21 PM | | | | | 10.10 | 1,196.90 |
| Wed 12/03 | 7:34 AM | 6:24 PM | | | | | 10.33 | 1,207.23 |
| Thu 12/04 | 7:47 AM | 12:10 PM | 12:42 PM | 6:23 PM | | | 9.97 | 1,217.20 |
| Fri 12/05 | 8:18 AM | 11:22 AM | 12:17 PM | 7:11 PM | | | 9.97 | 1,217.20 |
| Sat 12/06 | 12:37 PM | 4:04 PM | | | | | 3.45 | 1,220.65 |
| Mon 12/08 | 7:26 AM | 2:01 PM | 2:22 PM | 6:43 PM | | | 10.78 | 1,231.43 |
| Tue 12/09 | 7:24 AM | 1:50 PM | 1:52 PM | 6:38 PM | | | 10.73 | 1,242.17 |
| Wed 12/10 | 7:27 AM | 11:58 AM | 12:25 PM | 6:18 PM | | | 10.35 | 1,252.52 |
| Thu 12/11 | 7:42 AM | 11:57 AM | 12:47 PM | 6:20 PM | | | 3.33 | 1,255.85 |
| Fri 12/12 | 8:31 AM | 5:15 PM | | | | | 8.23 | 1,264.08 |
| Mon 12/15 | 8:48 AM | 11:57 AM | 12:28 PM | 4:51 PM | | | 9.60 | 1,273.68 |
| Tue 12/16 | 8:05 AM | 6:11 PM | | | | | 10.72 | 1,284.40 |
| Wed 12/17 | 7:19 AM | 6:32 PM | | | | | | |
| Thu 12/18 | 7:45 AM | 12:06 PM | 1:11 PM | 4:30 PM | 5:25 PM | 8:12 PM | 9.95 | 1,294.35 |
| Fri 12/19 | 7:38 AM | 12:00 PM | 12:30 PM | 5:31 PM | | | 9.38 | 1,303.73 |
| Mon 12/22 | 7:17 AM | 7:13 PM | | | | | 11.43 | 1,315.17 |
| Tue 12/23 | 12:03 PM | 7:38 PM | | | | | 7.08 | 1,322.25 |
| Wed 12/24 | 12:00 AM PT | | | | | | 8.00 | 1,330.25 |
| Thu 12/25 | 12:00 AM PT | | | | | | 8.00 | 1,338.25 |
| Fri 12/26 | 8:31 AM | 7:15 PM | | | | | 10.23 | 1,348.48 |
| Mon 12/29 | 7:51 AM | 6:38 PM | | | | | 10.28 | 1,358.77 |
| Tue 12/30 | 8:49 AM | 12:02 PM | 12:28 PM | 7:23 PM | | | 5.07 | 1,363.83 |
| Wed 12/31 | 8:15 AM | 11:16 AM | 12:35 PM | 6:28 PM | | | 3.47 | 1,367.30 |
| Thu 01/01 | 8:29 AM | 11:59 AM | 12:36 PM | 6:42 PM | | | 6.10 | 1,373.40 |
| Fri 01/02 | 8:11 AM | 6:47 PM | | | | | 5.28 | 1,378.68 |
| Mon 01/05 | 7:21 AM | 7:19 PM | | | | | 11.47 | 1,390.15 |
| Tue 01/06 | 7:30 AM | 6:25 PM | | | | | 10.42 | 1,400.57 |
| Wed 01/07 | 7:55 AM | 7:47 PM | | | | | 11.37 | 1,411.93 |
| Thu 01/08 | 7:51 AM | 3:04 PM | 3:49 PM | 7:20 PM | | | 10.73 | 1,422.67 |
| Fri 01/09 | 8:58 AM | 12:06 PM | 12:50 PM | 6:20 PM | | | 8.63 | 1,431.30 |
| Mon 01/12 | 12:00 AM PT | | | | | | 8.00 | 1,439.30 |
| Tue 01/13 | 7:24 AM | 6:52 PM | | | | | 10.97 | 1,450.27 |
| Wed 01/14 | 7:56 AM | 4:48 PM | | | | | 8.37 | 1,458.63 |
| Thu 01/15 | 7:44 AM | 11:11 AM | 12:03 PM | 7:16 PM | | | 2.77 | 1,461.40 |
| Fri 01/16 | 8:00 AM | 5:46 PM | | | | | | |
| Mon 01/19 | 8:27 AM | 6:58 PM | | | | | | |
| Tue 01/20 | 7:30 AM | 7:35 PM | | | | | 11.58 | 1,472.98 |

Printed:   4:19 pm                                                                                                                                       Page 4 of 6

# Parklands Rehab and Nursing

Punch Detail Report  (Paid Hours)                                                                                      2014-06-04 - 2016-03-31

| Nursing Admin   department |

- **Staffing Coordinator**

Burnett, Crystal (310006445)     Staffing Coordinator

| Day | IN | OUT | IN | OUT | IN | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| Wed 01/21 | 7:30 AM | 10:58 AM | 11:30 AM | 7:17 PM | | | | |
| Thu 01/22 | 7:37 AM | 6:37 PM | | | | | 10.50 | 1,483.48 |
| Fri 01/23 | 8:11 AM | 11:40 AM | 12:48 PM | 7:46 PM | | | 10.45 | 1,493.93 |
| Mon 01/26 | 7:39 AM | 12:17 PM | 12:51 PM | 5:39 PM | | | 9.43 | 1,503.37 |
| Tue 01/27 | 7:41 AM | 11:42 AM | 12:09 PM | 5:42 PM | | | 9.52 | 1,512.88 |
| Wed 01/28 | 7:35 AM | 2:31 PM | 2:51 PM | 5:01 PM | | | 8.93 | 1,521.82 |
| Thu 01/29 | 9:23 AM | 11:50 AM | 12:42 PM | 5:56 PM | | | 7.68 | 1,529.50 |
| Fri 01/30 | 8:01 AM | 6:05 PM | | | | | 9.57 | 1,539.07 |
| Mon 02/02 | 8:36 AM | 12:45 PM | 1:07 PM | 3:40 PM | | | 6.57 | 1,545.63 |
| Tue 02/03 | 7:35 AM | 11:33 AM | 12:13 PM | 7:49 PM | | | 11.57 | 1,557.20 |
| Wed 02/04 | 7:29 AM | 12:28 PM | 1:00 PM | 5:40 PM | | | 9.65 | 1,566.85 |
| Thu 02/05 | 7:50 AM | 10:35 AM | 4:50 PM | 7:30 PM | | | 4.92 | 1,571.77 |
| Sat 02/07 | 8:49 AM | 6:09 PM | | | | | | |
| Sun 02/08 | 8:59 AM | 12:41 PM | 1:16 PM | 2:23 PM | | | 4.82 | 1,576.58 |
| Mon 02/09 | 7:35 AM | 12:16 PM | 12:38 PM | 4:32 PM | 4:52 PM | 6:26 PM | -1.63 | 1,574.95 |
| | 7:13 PM | 9:04 PM | | | | | -9.93 | 1,565.02 |
| Tue 02/10 | 7:54 AM | 7:52 PM | | | | | 11.47 | 1,576.48 |
| Wed 02/11 | 7:37 AM | 12:49 PM | 1:19 PM | 7:35 PM | | | 11.47 | 1,587.95 |
| Thu 02/12 | 7:47 AM | 4:53 PM | | | | | | |
| Fri 02/13 | 8:54 AM | 11:30 AM | 12:23 PM | 4:52 PM | | | 7.08 | 1,595.03 |
| Mon 02/16 | 7:48 AM | 12:15 PM | 12:35 PM | 6:11 PM | | | | |
| Tue 02/17 | 7:41 AM | 11:50 AM | 12:01 PM | 6:35 PM | | | 10.72 | 1,605.75 |
| Wed 02/18 | 7:51 AM | 7:14 PM | | | | | 10.88 | 1,616.63 |
| Thu 02/19 | 8:11 AM | 7:02 PM | | | | | 2.53 | 1,619.17 |
| Fri 02/20 | 7:45 AM | 12:40 PM | 1:24 PM | 7:10 PM | | | 10.68 | 1,629.85 |
| Mon 02/23 | 12:00 AM | PT | | | | | 8.00 | 1,637.85 |
| Tue 02/24 | 12:00 AM | PT | | | | | 8.00 | 1,645.85 |
| Wed 02/25 | 7:41 AM | 11:47 AM | 12:18 PM | 4:13 PM | | | 8.02 | 1,653.87 |
| Thu 02/26 | 7:30 AM | 12:52 PM | | | | | 4.87 | 1,658.73 |
| Fri 02/27 | 7:21 AM | 7:02 PM | | | | | 11.18 | 1,669.92 |
| Mon 03/02 | 9:04 AM | 6:55 PM | | | | | 9.35 | 1,679.27 |
| Tue 03/03 | 7:46 AM | 11:53 AM | 12:49 PM | 6:32 PM | | | 9.83 | 1,689.10 |
| Wed 03/04 | 7:28 AM | 4:12 PM | | | | | | |
| Fri 03/06 | 7:22 AM | 4:13 PM | | | | | 8.35 | 1,697.45 |
| Mon 03/09 | 7:57 AM | 4:38 PM | | | | | 8.18 | 1,705.63 |
| Tue 03/10 | 7:48 AM | 4:39 PM | | | | | 8.35 | 1,713.98 |
| Wed 03/11 | 8:02 AM | 4:09 PM | | | | | 7.62 | 1,721.60 |
| Thu 03/12 | 12:00 AM | PT | | | | | 8.00 | 1,729.60 |
| Fri 03/13 | 12:00 AM | PT | | | | | 8.00 | 1,737.60 |
| Mon 03/16 | 12:00 AM | PT | | | | | 8.00 | 1,745.60 |
| Tue 03/17 | 12:00 AM | PT | | | | | 3.00 | 1,748.60 |
| Mon 03/23 | 7:47 AM | 4:45 PM | | | | | 8.47 | 1,757.07 |
| Tue 03/24 | 7:23 AM | 5:13 PM | | | | | 9.33 | 1,766.40 |
| Wed 03/25 | 10:16 AM | 6:05 PM | | | | | 7.32 | 1,773.72 |
| Thu 03/26 | 7:14 AM | 5:26 PM | | | | | 9.70 | 1,783.42 |
| Fri 03/27 | 7:22 AM | 4:03 PM | | | | | 8.18 | 1,791.60 |
| Sun 03/29 | 12:00 AM | | | | | | | |
| Mon 03/30 | 7:22 AM | 5:38 PM | | | | | 9.77 | 1,801.37 |
| Tue 03/31 | 7:27 AM | 5:49 PM | | | | | 9.87 | 1,811.23 |
| Wed 04/01 | 7:43 AM | 6:43 PM | | | | | 10.50 | 1,821.73 |
| Thu 04/02 | 7:23 AM | 6:16 PM | | | | | 10.38 | 1,832.12 |
| Fri 04/03 | 8:22 AM | 4:52 PM | | | | | 8.00 | 1,840.12 |
| Mon 04/06 | 8:43 AM | 4:29 PM | | | | | 7.27 | 1,847.38 |
| Tue 04/07 | 8:04 AM | 1:06 PM | 1:24 PM | 5:59 PM | | | 9.42 | 1,856.80 |
| Wed 04/08 | 7:24 AM | 5:51 PM | | | | | 9.95 | 1,866.75 |

Printed:  4:19 pm

# Parklands Rehab and Nursing

Punch Detail Report (Paid Hours)                                                                                2014-06-04 - 2016-03-31

| Nursing Admin department | | | | | | | | |

■ **Staffing Coordinator**
Burnett, Crystal (310006445)    Staffing Coordinator

| | IN | OUT | IN | OUT | IN | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| Thu 04/09 | 7:30 AM | 4:50 PM | | | | | 8.83 | 1,875.58 |
| Fri 04/10 | 8:20 AM | 10:54 AM | 11:37 AM | 5:50 PM | | | 8.78 | 1,884.37 |
| Sat 04/11 | 12:00 AM | | | | | | | |
| Mon 04/13 | 7:51 AM | 5:46 PM | | | | | 9.42 | 1,893.78 |
| Tue 04/14 | 8:37 AM | 5:33 PM | | | | | 8.43 | 1,902.22 |
| Wed 04/15 | 7:20 AM | 5:08 PM | | | | | 9.30 | 1,911.52 |
| Thu 04/16 | 7:36 AM | 5:11 PM | | | | | 9.08 | 1,920.60 |
| Fri 04/17 | 8:18 AM | 12:33 PM | 12:34 PM | 12:44 PM | 12:56 PM | 3:38 PM | 6.83 | 1,927.43 |
| Mon 04/20 | 7:19 AM | 7:30 PM | | | | | 11.68 | 1,939.12 |
| Wed 04/22 | 7:20 AM | 11:37 AM | 12:08 PM | 4:53 PM | | | 9.03 | 1,948.15 |
| Thu 04/23 | 7:29 AM | 1:49 PM | 2:02 PM | 3:55 PM | | | 7.93 | 1,956.08 |
| Fri 04/24 | 12:00 AM | | | | | | | |
| Sun 04/26 | 12:00 AM | | | | | | | |
| Mon 04/27 | 12:00 AM | | | | | | | |
| Tue 04/28 | 12:00 AM | | | | | | | |
| Wed 04/29 | 12:00 AM | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Regular | | | Paid | 1,636.43 | |
| CNA | | | Paid | 136.40 | |
| OT - Weekly | | OT1 | Paid | 243.58 | |
| OT - Weekly (CNA) | | OT1 | Paid | 8.85 | |
| PTO | | PTO | Paid | 79.00 | |
| Reg Adjust Hours | | REGAH | Paid | 120.75 | |
| | | | | **Total Hours** | **2,225.02** |

Total Hours for   Staffing Coordinator

Total Hours for   Nursing Admin
department

Printed:   4:19 pm                                                                                                              Page 6 of 6