# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

CRYSTAL BURNETT,

    *Plaintiff*,

v.                                                        CASE NO. 1:15CV170-MW/GRJ

SBSFLD, LLC,

    *Defendant.*

_____/

## ORDER APPROVING SETTLEMENT

The parties have submitted a revised settlement agreement that omits a general release of all claims relating to Plaintiff's employment with Defendant. ECF No. 35-1, at 1–2. The parties tell this Court that "they have now entered into two separate agreements. The first agreement relates to the FLSA claim only . . . . The second agreement specifically excludes the FLSA claim and it does not impact or apply to the FLSA settlement or pending FLSA claim. It was separately agreed to by the Parties with separate consideration." ECF No. 35, at 1. Taking this as true, the FLSA settlement is fair and reasonable for the reasons set forth in this Court's prior order. *See* ECF No. 34.

Accordingly,

**IT IS ORDERED:**

1. The parties' settlement agreement, ECF No. 35-1, is **APPROVED**. The parties must comply with their settlement agreement.

2. The default judgment entered on December 21, 2015, ECF No. 10, is **VACATED**.

3. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

4. The writ of garnishment is **DISSOLVED**.

5. The Clerk shall enter judgment stating: "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41. The writ of garnishment issued to Plaintiff, ECF Nos. 12–13, is dissolved."

6. All outstanding motions are **DENIED** as moot.

7. The Clerk shall close the file.

   **SO ORDERED on April 22, 2016.**

                          s/Mark E. Walker              
                          **United States District Judge**